JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN GUILLEN, | ) | NO. ED CV 12-973-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, D. LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 30, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE